RECEIVED
BY MAIL
DEC - 2 2004
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
AT MINNESOTA

CRIMINAL ACTION NO. 02-37 DSD/SRN

UNITED STATES OF AMERICA, PLAINTIFF-RESPONDENT,

vs,

JEFFERY J THIGPEN, DEFENDANT-PETITIONER.

**MOTION FOR RELEASE ON BOND PENDING RE-SENTENCING**

Comes the petitinoer, by counsel at the specific direction of petitioner, and moves the Court to release him on a reasonable bond pending re-sentencing herein.

Petitioner has been in custody herin since October 16,2002-over two years. At his original sentencing in this case, the Court found him to have a total offense level of 24 and a criminal history catogory of I. His guideline range was determined to be 51-63months. Petitioner was sentenced to 51 months imprisonment followed by 3 years of supervised release.

Petitioner's base offense level was 16. To this were added 8 levels under U.S.S.G § 2B1.1(a)(b)(H) for an alleged amount of $412,000. Also added was two points under Abuse position of trust and Obstruction of Justice under U.S.S.G §3C1.1 and U.S.S.G §3B1.3.

Petitioner has alleged herin that, inter alia, his based level of 16 was increased by 8 levels based upon the Court's finding of certain facts which the jury did not find beyond a reasonable doubt and which the defendant has not admitted or otherwise stipulated. Accordingly, it is petitioner's contention that the Court was without authority to increase his offense level on the grounds of amount of loss, abuse position of trust, obstruction of justice, Blakley v Washington, ___ U.S___,2004WL 1402697(June 24,2004).



SCANNED
DEC 0 2 2004
U.S. DISTRICT COURT MPLS

In Blakley, the Supreme Court held that whenever a guidline scheme assigns to judge the authority to enhance a sentence only upon the finding some additional fact, then that fact is an " Aprendi fact" that must be proved to a jury beyond a reasonable doubt or admitted by the defendant. U.S.S.G.§§2B1.1(a)(b)(H),3B.1,and3C1.1 allowed the court to enhance petitioner's sentence herin only upon the finding of additional facts. Accordingly, these additional facts were"Apprendi facts" that must have been found by a jury beyond a reasonable doubt or admitted by the petitoner before those guideline provision could be constitutionally applied.

> Our precedents make clear...that the "statutory maximum" for Apprendi purposes is the maximum sentence a judge may impose soley on the basis of the facts reflected in the jury verdict or admitted by the defendant...In other words, the relevant "statutory maximum " is not the maximum sentence a judge may impose after finding additional facts, but the maximum he may impose without additional findings. When a judge inflicts punishment that the jur's verdict alone does not allow, the jury has not found all the facts which the law makes essentail to punishment and exceeds his proper authority.

Blakely v, Washington, 2004 WL 1402697 at*4.

In light of the recent release of a Federalinmate from the custody of Duluth Federal Prison Camp. UNITED STATES v MICHEAL MOONEY CR.NO 02-3388. Date released November 30,2004. This case is pending at the En Banc level the prisoner was released by the Honorable James Rosenbaum. Thigpen case is also in the same circuit and the same district as inmate Mooney. Considering the precedent set by the District Court of Minnesota. The defendant moves this court to release the defendant seeing that he has already served more than over the time alloted by the Federal Sentencing guidelines. Under the guidelines ond a base level of 16 is 21-27 months he has served 25months and with good time would have severed halfwayhouse allready. Accordingly if Blakely applies to the petitoner's sentencing the Court should release him on a reasonable bond pending his re-sentincing herin.

JEFFERY J THIGPEN
P.O BOX 1000
#10323-041
Duluth MN 55814

**CERTIFICATE**

I certify that a copy of the foregoing motion was served on the United States by mailing same to its counsel of record, G. Wilhelm Assistant United States Attorney, 600 South Fourth St. Mpls MN 55415 this 30th day of November.

JEFFERY J THIGPEN

RECEIVED
BY MAIL
DEC - 2 2004
CLERK US DIST COURT
MINNEAPOLIS MN