UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR-02-37-DSD/SRN

RECEIVED
BY MAIL
DEC - 9 2004
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES OF AMERICA,
PLAINTIFFS/RESPONDENTS,

v

JEFFERY J THIGPEN,
DEFENDANT/MOVANT.

MOTION UNDER U.S.C 2255 PROCEDDING RULE 6(b)

COMES NOW:

The above Captioned movant, appearing in propria personia moves this Court to Compel the Government to turn over the Following documents to the Defendant. #1. Providers HCFA 1500 Claims in readable format. #2. The defendants HCFA 1500 claims in readable format to show that the charts given to the grand jury violated the rule of evidence 1006 and to show that the defendant is not guilty. surley the defendant is not requesting the whole MMIS II system but only the providers claims present in this case at hand. because if the claims are correct they should match up with the charts provided by the prosecution not just spread sheets actual claims from the department the Defendant prays that this honorable Court would provide this order.

THE ABOVE IS SO ORDERED: ______________________
UNITED STATES JUDGE /MAGISTRATE

DATE 12-7-04

SCANNED
DEC 9 2004
U.S. DISTRICT COURT MPLS