RECEIVED
BY MAIL
DEC - 9 2004
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA EIGHT CIRCUT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, PLAINTIFFS/RESPONDENTS, v. JEFFERY J THIGPEN, DEFENDANT/MOVANT. | CASE NO. CRIM 02-37-DSD/SRN |

MOTION FOR PERMISSION TO BEGIN DISCOVERY IN A 2255 PROCEEDING

I

COMES NOW:

The above captioned movant, appearing in propria persona, to herby pray the court for authorazation to begin Discovery proceedings pursuant to Rules 6(a) AND 6(b) of The Eules Governing 28 U.S.C.,2255 Proceedings.(Enacted by virtue of 28 U.S.C., 2072.)

Futhermore the movant prays for the availiability of the Discovery process in accord with Rules: 26,31,33,34,36, of the Federal Rules of Civil Proceedure, to include the availabilty for sanctions of Rule F.R.Civ.P..

II

The movant shows that this avenue for Discovery will promote judicial economy by the resolution of factual disputes and issues therein prior to an evidentiary hearing, if needed.(According: KATZ v BATAVIA MARINE& SPORTING SUPPLIES, 984 F.2d. 422,D.C Cir.,1993.) Moreover, the movant shows that the items needed for presentation to support the claims at issue in the 2255 petition are soley held by the government. Thus being, the only available manner in which they may be obtained is through the Discovery procedures outlined in Rule 6 of the Governing Rules and the applicable rules within federal civil procedures.(According:HICKMAN vTAYLOR,329U.S 495,1947)

SCANNED
DEC 9 2004
U.S. DISTRICT COURT MPLS

III

WHEREFORE; with cause as shown herin, the movant prays that the court authorize the genisis of Discovery with the leave of court as required by Rules Governing 2255 Procedure.

Respectfully Submitted:

This, the 7th day of December 2004.

JEFFERY J THIGPEN
REGISTAR#10323-041
#10323-041
DULUTH MN 55814

**************************CERTIFICATE OF SERVICE BY MAIL************************

I,the undersigned, do hereby certify and affirm that I have sent an exact copy of the attached: MOTION FOR PERMISSION TO BEGIN DISCOVERY IN A 2255 PROCEEDING. To the following:

Assr. U.S Attorney    Clerk of court

BY use of the U.S Mails by depositing same in a postal box, with sufficient postage attached, within the Federal Correctional Inistition Duluth Federal Prison Camp Minnesota; on this 7th day of December.

So Certified and Affirmed:

JEFFERY J THIGPEN
Pro SE

THE ABOVE IS SO ORDERED: ______________________________
UNITED STATES MAGISTRATE/JUDGE

DATE 12-7-04