UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-37(1) (DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Jeffrey J. Thigpen,

Defendant.

D. Gerald Wilhelm, Esq., Deborah R. Peterson, Esq., Mary Trippler, Esq. and Office of the United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, counsel for plaintiff.

Jeffrey J. Thigpen, *pro se* defendant.

This matter is before the court upon defendant's application for a certificate of appealability and accompanying motions.

The court found no merit in defendant's section 2255 motion. Therefore, the court determines that defendant has not made a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's application for a certificate of appealability [Doc. No. 179] is **denied**.

2. Defendant's motion to compel production of documents [Doc. No. 177] is **denied**.

3. Defendant's motion for leave to conduct discovery [Doc. No. 178] is **denied**.

Dated: January 19, 2005

s/ David S. Doty
David S. Doty, Judge
United States District Court