UNITED STATES COURT OF APPEALS
EIGHT CIRCUIT COURT OF APPEALS
CIVIL 04-3179(DSD)
CR 02-37 DSD/SRN

RECEIVED
BY U.S. MAIL
2005 JAN 14 AM 9:22
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ) | |
| | ) | AMEND COA |
| v | ) | |
| | ) | |
| JEFFERY J THIGPEN DEFENDANT, | ) | |

## APPLICATION FOR CERTIFICATE OF APPEALABILITY
## and Notice of Appeal

COMES NOW, Petitioner Jeffery J Thigpen proceeding Pro Se herby request that this honorable Court accept the Ammended COA pursuant to Rule 15 of Civil procedure. In light of the BOOKER, FAN, FAN.

The BOOKER Court Stated that the BLAKLEYS Court does Apply to the Federal Guidelines in BLAKLEY the Court up held APPRENDI and stated that it was illegal pursuant to the Sixth Amendment the right to be tried by a Jury of your peers. Mr Thigpen had a Jury trial in front of his peers and the Jury did not find the Defendant of 200,000 dollars and Abuse Position of Trust and Obstruction of Justice. The Maximum accroding to the Jury Verdict is 21-27 months of imprisonment without any enchancements. The Judge gave the defendant 51 months. The Defendant then presented his 2255 motion before the District Court on June 30,2004 Pursuant to BLAKLEY claims the Honorable David Doty stated that they did not apply because they did not apply to the Federal Guidelines in which in fact they do Since BLAKLEY branch of APPRENDI in 2000 in which Blakley is full of that Case the Current Opionion of BOOKER states that according to GRIFFETH v Kentucky that all Direct appeals and appeals not yet final yet. The defendant fits the criteria According to GRIFFITH see YATES v AIKEN which inplies that Collaterall review does apply to cases pending in the Collaterall Fourm that they would be treated the same as cases on Direct Appeal Thigpen Arugument was all ready presented at the trial Court after BLAKLEY birth the Defendant has made Constitutinal claims of great importance and petition this Court for a COA.

SCANNED
JAN 14 2005
U.S. DISTRICT COURT MPLS

JEFFERY J THIGPEN
JANUARY 12,2005