UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-37(1) (DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Jeffrey J. Thigpen,

Defendant.

D. Gerald Wilhelm, Esq., Deborah R. Peterson, Esq., Mary Trippler, Esq. and Office of the United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, counsel for plaintiff.

Jeffrey J. Thigpen, *pro se* defendant.

This matter is before the court upon defendant's amended application for a certificate of appealability. The court finds that defendant has not made a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

Accordingly, **IT IS HEREBY ORDERED** that defendant's amended application for a certificate of appealability [Doc. No. 182] is **denied.**

Dated: January 20, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court