FILED BY MAIL
MAR 24 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR-02-37 DSD/SRN

UNITED STATES OF AMERICA
PLAINTIFF,

vs

JEFFERY J THIGPEN
DEFENDANT,

MOTION TO DISSMISS INDICTMENT LACK OF JURISDICTION AND OTHER GROUNDS FEDERAL MOTION FOR IMMEDIATLY RELEASE

The defendant Jeffery J Thigpen moves the court to dissmiss counts 1-56 on the following grounds.

(1). The indictment in Counts 1-43 fail to state Affecting Commerce
(2). The entire Statue of 18§1035and18 §1347 is not listed in the indictment
(3) Section 18§24(a)(b) are left out of the indictment which is a part of the above
(4). Counts 44-56 do state interstate Commerce but because of the underlying counts they can't be coexective. They become void also.
(5). All elements must be in the indictment for the Federal Government to have Jurisdiction and the raising of this claim can be presented at anytime when an indictment is defective.
(6). The defendent did not have a chance to defend Affecting Commerce.
(7) The defeinition of 18§24 had to be present on the indictment it was not
(8). The court has the power to dissmiss the indictment under sua sponta
(9). This defect can only be cured by a Grand Jury not a Petit Jury.
(10). The defendant moves the court for release from Federal Prison Because lack of Jurisdiction.

United States v Spinner180 F3d 515 when the case was vacted because the indictment dis not state interstate commerce the Jurisdiction over that count was defective.

FEDERAL PRISON CAMP
#10323-041
JEFFERY J THIGPEN
P.O BOX 1000
DATED MARCH 22 2005

SCANNED
MAR 24 2005
U.S. DISTRICT COURT MPLS