UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-37(1)(DSD/SRN)

United States of America,

Plaintiff,

v.

**ORDER**

Jeffery J. Thigpen, a/k/a
Jeffrey Jerome Thigpen,

Defendant.

This matter is before the court upon defendant's motion to dismiss the indictment for lack of jurisdiction. The court determines that defendant's motion is properly construed as a second motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.[1] Thus, because defendant has not obtained permission from the court of appeals to bring the motion, it is denied. See 28 U.S.C. § 2244(a); 28 U.S.C. § 2255.

Accordingly, **IT IS HEREBY ORDERED** that defendant's second motion to vacate, set aside or correct sentence [Doc. No. 185] is denied.

Dated: March 29, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court

[1] If the court did not thus construe the motion, it would nonetheless deny it as patently devoid of merit.