UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CR-02-37-DSD/SRN

RECEIVED BY MAIL
OCT 24 2005
CLERK US DIST COURT MINNEAPOLIS MN

JEFFERY J. THIGPEN )
DEFENDANT. )
)
VS. )
)
UNITED STATES OF AMERICA )
PLAINTIFF. )

MOTION FOR NEW TRIAL

RULE 33 18 U.S.C.A

APPENDIX EXHIBITS

**APPENDIX**

EXHIBIT #1: EXAMINATION OF JOHN HUSS TRIAL TRANSCRIPTS.

EXHIBIT #2: EXAMINATION OF HIEDI HUNTER.

EXHIBIT #3: VERDICT OF THE JURY, SPECIAL VERDICT SHEET.

EXHIBIT #4: UNITED STATES VS. BROWN 913 F.SUPP.@ 1327.

EXHIBIT #5: UNITED STATES VS. BROWN 108 F.3D 863 (8TH CIR. 1997).

SCANNED
OCT 24 2005
U.S. DISTRICT COURT ST. PAUL