going to publish it, at which time I'm going to read it out loud here in open court, and after that I will then poll the jury to make certain that we do have a unanimous verdict.

Well, Members of the Jury, it appears to be in the form that is required by the instructions, and so what I'm going to do then is to read it in open court. It is on our letterhead, that is United States District Court, United States of America versus Jeffery J. Thigpen, Special Verdict Form.

Count 1, we the Jury find the defendant Jeffery J. Thigpen guilty, and thereafter in each case, I will read on the first 23 counts, I will read the claims that were proved beyond a reasonable doubt to be false statements relating to health care matters.

And what they've, the jury has done is filled in Government's Exhibit 1, January 2nd, 2000; Defendant's Exhibit 13 and Defendant's Exhibit 4. *

Count 2, we the Jury find the defendant Jeffrey J. Thigpen guilty, and in the fill-in space, they have indicated Government's Exhibit 2, January 2nd, 2000; Defense Exhibit 13, Defense Exhibit 4. *

Count 3, we the Jury find defendant Jeffrey J. Thigpen guilty. They filled in as the explanation Government's Exhibit 3, April 2nd, 2000; Government's

SCANNED
OCT 24 2005
U.S. DISTRICT COURT ST. PAUL



ExhIBIT #3

Exhibit 38, Defense Exhibit 13 and Defense Exhibit 4.*

Count 4, we the Jury find the defendant Jeffrey J. Thigpen guilty, and the explanation, they have put in Government's Exhibit 4, December 10th, 1999; Government's Exhibit 68, Defense Exhibit 13, Defense Exhibit 4.*

Count 5, we the Jury find the defendant Jeffrey J. Thigpen guilty. They filled in Government's Exhibit 5, November 25, 1999; Government's Exhibit 32, Government's Exhibit 46, Defense Exhibit 13 and Defense Exhibit 4.*

On Count 6, we the Jury find the defendant Jeffrey J. Thigpen guilty, and in the explanation they have Government's Exhibit 6, January 3, 2000; Government's Exhibit 42, Defense Exhibit 13 and Defense Exhibit 4.*

Count 7, we the Jury find defendant Jeffrey J. Thigpen guilty. In explanation they have written Government's Exhibit 7, February 27th, 2000; Government's Exhibit 28, Government's Exhibit 50 and Defense Exhibit 4.

Count 8, we the Jury find the defendant Jeffrey J. Thigpen guilty. We find -- and as explanation they have filled in Government's Exhibit 8, January 5th, 2000; Government's Exhibit 48, Dennis Cutts' testimony, Defense Exhibit 4.*

Count 9, we the Jury find the defendant Jeffrey J. Thigpen guilty. They filled in the explanation Government's Exhibit 9, May 20th, 2000; Defendant's

Exhibit 13, page 17; Government's Exhibit 43, Defense Exhibit 4.*

Count 10, we the Jury find the defendant Jeffrey J. Thigpen guilty. In explanation they filled in Government's Exhibit 10, April 2nd, 2000; Government's Exhibit 45, Defense Exhibit 13, Defense Exhibit 4.

Count 11, we the Jury find the defendant Jeffrey J. Thigpen guilty. In explanation the jury has filled in Government's Exhibit 11; February 6th, 2000; Government's Exhibit 51, Defense Exhibit 4, Defense Exhibit 13.

Count 12, we the Jury find the defendant Jeffrey J. Thigpen guilty, and the jury has filled in Government's Exhibit 12, April 16th, 2000; Government's Exhibit 47, Defense Exhibit 13 and Defense Exhibit 4.

Count 13, we the Jury find the defendant Jeffrey J. Thigpen guilty. In explanation they filled in Government's Exhibit 13, August 17th, 1999; Government's Exhibit 52, Defense Exhibit 13 and Defense Exhibit 4.

Count 14, we the Jury find defendant Jeffery J. Thigpen not guilty.

Count 15, we the Jury find the defendant Jeffery J. Thigpen guilty. Government's Exhibit 15, May 10th, 2000; Government's Exhibit 53, Government's Exhibit 39, Defense Exhibit 13, Defense Exhibit 4.

Count 16, we the Jury find the defendant Jeffrey

J. Thigpen not guilty. Count 17, we the Jury find the defendant Jeffery J. Thigpen guilty. Government's Exhibit 17, June 30th, 2000; Defense Exhibit 4, Defense Exhibit 13, Government's Exhibit 38.

Count 18, we the Jury find the defendant Jeffrey J. Thigpen guilty. In explanation Government's Exhibit 18, April 25th, 2000, Government's Exhibit 68, Defense Exhibit 4, Defense Exhibit 13.

Count 19, we the Jury find the defendant Jeffrey J. Thigpen guilty. Government's Exhibit 19, May 16th, 2000; Defense Exhibit 4, Government's Exhibit 39 and Government's Exhibit 42.

Count 20, we the Jury find the defendant Jeffrey J. Thigpen not guilty. Count 21, we the Jury find the defendant Jeffrey J. Thigpen not guilty. 22, we the Jury find the defendant Jeffrey J. Thigpen not guilty.

23, we the Jury find the defendant Jeffrey J. Thigpen not guilty. 24, we the Jury find the defendant Jeffrey J. Thigpen not guilty. 25, we the Jury find the defendant Jeffrey J. Thigpen not guilty.

26, we the Jury find the defendant Jeffrey J. Thigpen not guilty. 27, we the Jury find the defendant Jeffrey J. Thigpen not guilty. 28, we the Jury find the defendant Jeffery J. Thigpen guilty.

Count 29, we the Jury find the defendant Jeffery