RECEIVED
BY MAIL
NOV - 9 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MINNESOTA EIGHT CIRCUIT

cR

FILE #02-37(DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF | ) | **NOTICE OF APPEAL** |
| v. | ) | |
| JEFFERY J THIGPEN<br>DEFENDANT | ) | |

**NOTICE is herby given that JEFFERY JEROME THIGPEN, defendant above named, herby appeals to the United States Court of Appeals, for the Eight Circuit, from the denial of relief sought pursuant to 28§U.S.C.A Rule 33 Federal rules of Criminal Procedure to grant a New Trial and Vacate the Conviction under Newly Discovered Evidence entered this 31st Day of October 2005 Docket #188**

**RESPECTFULLY SUBMITTED,**

**DEFENDANT**

**DULUTH FEDERAL PRISON CAMP**
**JEFFERY J THIGPEN DORM 211**
**P.O BOX 1000**
**DULUTH MN 55814**

SCANNED
NOV 09 2005
U.S. DISTRICT COURT ST. PAUL