# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-4141

United States of America, Appellee,

vs.

Jeffery J. Thigpen, Appellant.

CR 02-37 DSD/SRN

Appeal from the United States District Court for the District of Minnesota

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

March 6, 2006

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
MAR 30 2006
U.S. DISTRICT COURT ST. PAUL