UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-37(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Jeffery J. Thigpen,

Defendant.

This matter is before the court on defendant Jeffery J. Thigpen's motion to terminate his term of supervised release. On April 24, 2002, a jury convicted defendant on several counts under 18 U.S.C. §§ 1035(a)(2), 1347 and 1956(a)(1)(A)(I), and on August 30, 2002, the court sentenced him to 51 months imprisonment and three years of supervised release. Defendant began his period of supervision on June 27, 2006.

Pursuant to 18 U.S.C. § 3583(e)(1), a court, after consideration of several factors set forth in § 3553(a), may "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release ... if [the court] is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Since beginning his supervision, defendant indicates that he has complied with the terms of his supervised release, has not missed a restitution payment, has maintained his own business and

filed taxes for 2006 and 2007. Moreover, defendant states that he has lost a great deal of weight, is still married and is grateful to "have found a new discipline for [his] life." The court commends defendant on his accomplishments and encourages him to continue. However, supervised release is an integral part of any sentence, and the court believes, absent more compelling circumstances, that the interest of justice does not warrant termination of supervision in this case.

Therefore, **IT IS HEREBY ORDERED** that defendant's motion to terminate supervised release [Doc. No. 193] is denied.

Dated: April 21, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court